ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 7 2007

at //  o'clock and /5 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| RANDOLPLH J. AMEN, an American citizen; "FRISCO", a miniature Pinscher service animal,<br><br>    Plaintiffs,<br><br>vs.<br><br>AOAO CENTURY CENTER, a condominium owners association, organized under the laws of the State of Hawaii; STATE OF HAWAII; DOES I-XX,<br><br>    Defendants. | CIVIL NO. 06-00203 ACK-BMK<br><br>FINDINGS AND RECOMMENDATION TO DISMISS COMPLAINT AND ACTION |

FINDINGS AND RECOMMENDATION TO DISMISS COMPLAINT AND ACTION

Randolph J. Amen ("Amen"), on behalf of himself and his dog Frisco, filed a Complaint for Defamation, Intentional or Negligent Infliction of Emotional Distress and Civil Rights Violations ("Complaint") against AOAO Century Center and the State of Hawaii on April 17, 2006.

A Stipulation for Partial Dismissal of All Claims Against Defendant AOAO Century Center was filed on December 27, 2006.

Defendant State of Hawaii filed its Suggestion of Death Upon the Record Re: Randolph J. Amen on January 16, 2007

pursuant to Fed. R. Civ. P. 25(a)(1) indicating that Amen passed away on December 29, 2006 during the pendency of this action.

More than 90 days have passed since Amen's death was suggested upon the record and no motion for substitution has been made.

## CONCLUSION

The court therefore FINDS and RECOMMENDS that the Complaint and this action be DISMISSED.

IT IS SO FOUND AND RECOMMENDED.

DATED AT HONOLULU, HAWAI'I, 5.4.2007.

_____
Barry M. Kurren
United States Magistrate Judge

Amen, et al. v. AOAO Century Center, et al., Civ. No. 06-00203 ACK-BMK; FINDINGS AND RECCOMMENDATION TO DISMISS COMPLAINT AND ACTION