## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **RANDOLPH J. AMEN, an American Citizen; "FRISCO", a miniature Pinscher service animal,**     **Plaintiff(s),** vs. **AOAO CENTURY CENTER, a condominium owners association, organized under the laws of the State of Hawaii; STATE OF HAWAII; DOES I - XX,**     **Defendant(s).** | CV 06-00203 ACK-BMK |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and sent to last known address of all parties on May 7, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Dismiss Complaint and Action" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 22, 2007.

_____
Alan C. Kay
Sr. United States District Judge